IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-cr-82

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| KEVIN CARTER | ) | |
| | ) | |

**THIS MATTER** is before the Court upon remand from the United States Court of Appeals for the Fourth Circuit for resentencing. (Doc. No. 55: Opinion and Judgment).

**IT IS, THEREFORE, ORDERED** that the United States Marshal have the defendant Kevin Carter (Reg. No. 20338-058) present in Charlotte, North Carolina forthwith, but not later than May 24, 2012, at 9:30 a.m. in the Robert D. Potter Courtroom for a sentencing hearing.

**IT IS FURTHER ORDERED** that the Community Defender shall designate counsel promptly to represent the defendant for the remainder of this case, unless he retains other counsel.

**IT IS FURTHER ORDERED** that the parties shall file any objections to the supplement to the Presentence Report within fourteen days of its issuance.[1]

---

[1] Federal Rule of Criminal Procedure 32(b)(2) allows the Court to change time limits stated in the rule for good cause. The Court finds that the urgency and limited nature of issues to be resolved on remand to justify shorter time periods than needed for full sentencing hearings.

The Clerk is directed to certify copies of this Order the defendant, defendant's counsel, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the Clerk of the United States Court of Appeals for the Fourth Circuit.

Signed: April 11, 2012

Robert J. Conrad, Jr.
Chief United States District Judge